UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

W.R. obo A.R.
Plaintiff,

-against-

New York City Public Schools
Defendant.

26-CV-08357(JLR) (RFT)

**ORDER OF SERVICE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff brings this action under the Individuals with Disabilities Education Act, 20 U.S.C. § 1415(i)(3). (*See generally* ECF 1, Compl.) By order dated September 25, 2026, the Court granted Plaintiffs' requests to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. (*See* ECF 6, Order.)

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the Court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).[1]

To allow Plaintiff to effect service on Defendant New York City Public Schools through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiffs are proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for New York City Public Schools and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

DATED: September 28, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**